IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WELCH, | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:10-cv-43 (CAR) |
| | : | |
| v. | : | |
| | : | |
| ALEXIS E. L. CHASE, SANDRA ABRAMS, CALVIN RAMSEY, F. VALENTINE, BRIAN OWENS, and Nurse THOMAS, | : | |
| | : | |
| Defendants. | : | |

_____

## ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S ORDER AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 7] to dismiss Plaintiff's claims against Defendant OWENS pursuant to the Court's review under 28 U.S.C. § 1915(e)(2). Plaintiff has filed an objection to the Recommendation [Doc. 9] contending that Defendant Owens should not be dismissed from this case because he "is the ultimate authority in this situation." Having considered Plaintiff's Objection and having investigated the matters *de novo*, this Court finds that Plaintiff's claims against Defendant Owens are premised entirely upon a theory of *respondeat superior*. Therefore, Plaintiff's objection is without merit, and the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**. The claims against Defendant OWENS are hereby dismissed, and the action

will go forward against the remaining five Defendants.

    **SO ORDERED**, this 23rd day of April, 2010.

                                    <u>S/ C. Ashley Royal</u>
                                    C. ASHLEY ROYAL
                                    UNITED STATES DISTRICT JUDGE

SSH