IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER WELCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-43 (MTT) ) |
| ALEXIS E. L. CHASE, et. al, | ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Recommendation to Grant (the "Recommendation") of United States Magistrate Judge Charles H. Weigle. (Doc. 42). The Magistrate Judge, having reviewed Defendants Warden Alexis E. L. Chase, Deputy Warden Sandra Abrams, Medical Director Calvin Ramsey, and Director of Nursing Lisa P. Thomas' Motion to Dismiss (the "Motion"),[1] recommends granting the Motion because the Plaintiff's 42 U.S.C. § 1983 claims against these Defendants were improperly based upon a respondeat superior theory. The Plaintiff filed an objection to the Recommendation (the "Objection"). (Doc. 43). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Objection, and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Motion is **GRANTED**.

---

[1] Defendant Nurse Florence Valentine did not join the Motion to Dismiss.

**SO ORDERED**, this the 26th day of August, 2011.

                                                <u>S/ Marc T. Treadwell</u>
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT