IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WELCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:10-CV-43 (MTT) |
| | ) | |
| FLORENCE VALENTINE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

This case is before the Court on the Recommendation (Doc. 49) of United States Magistrate Judge Charles H. Weigle on Defendant Florence Valentine's Motion for Summary Judgment (Doc. 45) and Plaintiff Christopher Welch's Motion for Summary Judgment (Doc. 47). The Magistrate Judge recommends granting the Defendant's Motion and denying the Plaintiff's Motion because the Plaintiff failed to create a genuine issue of material fact with regard to his claims against the Defendant. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Therefore, Defendant Florence Valentine's Motion for Summary Judgment (Doc. 45) is **GRANTED** and Plaintiff Christopher Welch's Motion for Summary Judgment (Doc. 47) is **DENIED.** This case is **DISMISSED**.

**SO ORDERED**, this the 22nd day of August, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT